386 F.2d 995
 68-1 USTC P 9108
 CHEMICAL BANK NEW YORK TRUST COMPANY, Mary W. Fox and Lucy
T. Wormhoudt, Co-executors of the Estate of Odell
D. Tompkins, Deceased, Plaintiffs-Appellants,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 204, Docket 31449.
 United States Court of Appeals Second Circuit.
 Argued Dec. 5, 1967.
Decided Dec. 6, 1967.
 
 Robert A. Klipstein, Bernays & Eisner, New York City, for plaintiffs-appellants.
 Samuel M. Eisenstat, Irwin B. Robins, Asst. U.S. Attys., Robert M. Morgenthau, U.S. Atty., for defendant-appellee.
 Before WATERMAN, MOORE and FRIENDLY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment below is affirmed on the opinion of Judge Mansfield reported in 275 F.Supp. 26 (S.D.N.Y.1967).